UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Granted.*
*Karen L. Litkovitz*
6/17/19

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | CASE NO. 1:19-po-00016 |
| | : | |
| v. | : | |
| | : | MOTION TO DISMISS |
| ROBERT W. PHILLIPS, | : | |
| Defendant. | : | |

The United States moves to dismiss the above-captioned case.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

*s/ Kelly K. Rossi*
KELLY K. ROSSI
Special Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-7114
Kelly.Rossi@usdoj.gov